**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Lexie James Turner, Appellant.

Appellate Case No. 2013-000445

————————

Appeal From York County
Steven H. John, Circuit Court Judge

————————

Unpublished Opinion No. 2015-UP-168
Heard February 10, 2015 – Filed April 1, 2015

————————

**AFFIRMED**

————————

Christopher Shannon Leonard, of Kendrick & Leonard, P.C., and Chief Appellate Defender Robert Michael Dudek, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Senior Assistant Attorney General David Spencer, and Assistant Attorney General Ian Parks Weschler, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent .

————————

**PER CURIAM:**  Lexie James Turner appeals his conviction for possession with intent to distribute crack cocaine arguing the trial court erred in admitting unreliable expert testimony.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. McEachern*, 399 S.C. 125, 135, 731 S.E.2d 604, 609 (Ct. App. 2012) ("In criminal cases, the appellate court sits to review errors of law only."); *State v. White*, 382 S.C. 265, 269, 676 S.E.2d 684, 686 (2009) ("A trial court's decision to admit or exclude expert testimony will not be reversed absent a prejudicial abuse of discretion."); *State v. Jennings*, 394 S.C. 473, 477-78, 716 S.E.2d 91, 93 (2011) ("An abuse of discretion occurs when the trial court's ruling is based on an error of law or, when grounded in factual conclusions, is without evidentiary support."); Rule 702, SCRE ("If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise.").

**AFFIRMED.**

**SHORT, LOCKEMY, and MCDONALD, JJ., concur.**